UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA RODRIGUEZ,

    Plaintiff,

-against-

ANDREW M. SAUL, Commissioner of Social Security,

    Defendant.



20-CV-3748 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Commissioner filed the administrative record on February 25, 2021. (Dkt. No. 36.) Pursuant to the Court's Scheduling Order dated May 21, 2020 (Dkt. No. 10), the parties were directed to file a stipulation or joint letter no later than 60 days after the administrative record was filed. (*Id.* ¶¶ 2-4.) Although that deadline has now passed, no stipulation or joint letter has been filed. The parties shall do so no later than **May 10, 2021**.

Dated: New York, New York
    May 3, 2021

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**