UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JESSICA RODRIGUEZ,

                Plaintiff,

-v-

ANDREW M. SAUL,
                Defendant.
-----------------------------------------------------------X

20 **CIVIL** 3748 (LGS)(BCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 4, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity to submit additional evidence. On remand, the Administrative Law Judge ("ALJ") will evaluate the record evidence, including the medical opinions and the evidence submitted to the Appeals Council in connection with plaintiff's request for review of the ALJ's February 21, 2019 decision.

**Dated:** New York, New York
       May 4, 2021

                                      **RUBY J. KRAJICK**

                                      Clerk of Court

             BY:
                                      _____
                                            Deputy Clerk